IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LA BA, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-26-CV-421-KC |
| § | |
| MARY DE ANDA-YBARRA et al., § | |
| § | |
| Respondents. § | |

## ORDER

On this day, the Court considered the case. La Ba, a Thai national subject to a final order of removal, filed a Petition for a Writ of Habeas Corpus, ECF No. 1. In answer to the Court's Show Cause Order, ECF No. 2, Respondents filed their Response, ECF No. 4, in opposition to Ba's Petition.

Respondents argue that Ba's continued detention is lawful because his removal "is likely in the reasonably foreseeable future." Resp. 5. In support, they submit the Declaration of Acting Assistant Field Office Director Vennesa Martinez, ECF No. 4-1. Martinez states that, pursuant to an ICE detainer, Ba was taken into ICE custody and placed in removal proceedings in connection with criminal convictions from 2019 and 2021. *Id.* ¶¶ 7–10. He was released on his own recognizance while his removal proceedings were pending. *Id.* ¶ 9. Ba was then ordered removed on December 28, 2022. *Id.* ¶ 11. His motion to reopen and vacate his removal order was denied on April 12, 2023. *Id.* ¶¶ 12–13.

On February 5, 2026, Ba was detained and Respondents "began making arrangements to effectuate his removal to Thailand or Myanmar." *Id.* ¶ 14. According to Martinez, on February 15, "ERO El Paso interviewed Ba for a request for travel documents" but "Ba refused to sign the

travel document application." *Id.* ¶ 15. Thus, "[t]he only obstacle to Ba's removal for the time being is [his] failure to comply with ERO's recent removal efforts." *Id.* ¶ 16.

Given that Ba's removal to Thailand or Myanmar would likely moot this Petition, the Court takes this matter under advisement pending additional information from Respondents.

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than March 24, 2026**, detailing the following:

(1) whether a travel document request can be submitted to Thailand without Ba's signature, and if not, whether Ba has signed the travel document request, the date on which the request was submitted, and the expected timeline for approval;

(2) if a travel document request can be submitted to Thailand without Ba's signature, the date on which the request was submitted, and the expected timeline for approval;

(3) whether a travel document request has been submitted to Myanmar on Ba's behalf, the date on which the request was submitted, and the expected timeline for approval; and

(4) whether any third countries, besides Myanmar, have been identified for Ba's removal, and if so, which third countries.

**SO ORDERED.**

**SIGNED this 24th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE