**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LA BA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-421-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case.  On February 24, 2026, the Court ordered Respondents to provide a status report, by March 24, detailing (1) whether a travel document request can be submitted to Thailand without Ba's signature, and if not, whether Ba has signed the request, that date on which it was submitted, and the expected timeline for approval; (2) if a travel document request can be submitted without Ba's signature, the date on which it was submitted, and the expected timeline for approval; (3) whether a travel document request has been submitted to Myanmar, the date on which it was submitted, and the expected timeline for approval; and (4) whether any other third countries have been identified, and if so, which countries.  Feb. 24, 2026, Order 2, ECF No. 5.

On March 24, Respondents filed a Response, ECF No. 6, to which they attached the Declaration of Supervisory Detention and Deportation Officer Gilberto Salazar ("Salazar Decl."), ECF No. 6-1.  According to Salazar, as of March 24, Ba has "agreed to complete the travel document application to Thailand."  Salazar Decl. ¶ 5.  Accordingly, "ERO El Paso is in the process of preparing the travel document request (TDR) packet for submission to ERO HQ-RIO."  *Id.*  And anticipates submission of the TDR by March 25.  *Id.* ¶ 6.  "Once approved by

ERO HQ-RIO, [the TDR] packet will be submitted to the Royal Thai Embassy." *Id.* Ba has also completed a travel document application for Myanmar. *Id.* ¶ 7. The TDR for Myanmar will also be submitted by March 25, and once approved internally, will be submitted to the Myanmar Embassy. *See id.*

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than April 27, 2026**, detailing the following:

(1) whether ERO HQ-RIO has approved the TDRs for Thailand and Myanmar, and if not, the expected timeline for approval, and any obstacles;

(2) if ERO HQ-RIO has approved the TDRs for Thailand and Myanmar, whether the TDRs have been submitted to the respective countries, and if not, the expected timeline for submission, and any obstacles;

(3) if the TDRs have been submitted to Thailand and Myanmar, the date of submission, and whether the respective countries have approved the TDRs, and if not, the expected timeline for approval, and any obstacles;

(4) if Thailand and/or Myanmar have approved the TDRs, the date of approval, and whether Ba has been removed, and if not, the expected timeline for removal, and any obstacles.

**SO ORDERED.**

SIGNED this 25th day of March, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2