**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LA BA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-421-KC** |
| | § | |
| **MARY DE ANDA-YBARRA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On this day, the Court considered the case.  On May 28, 2026, Respondents filed a Response, ECF No. 13, which indicated that a travel document request on La Ba's behalf had been submitted to Myanmar.  The Court thus found it appropriate to order another status report in this case because "the process of obtaining travel documents for Ba is progressing."  May 29, 2026, Order 2, ECF No. 14.

Respondents have now filed a Status Report, ECF No. 15, in which they state that Myanmar issued Ba a travel document on June 17, 2026.  *Id.* ¶ 3.  And Ba is scheduled for removal to Myanmar in August via charter flight.  *Id.* ¶ 4.  Thus, Respondents are "not aware of any obstacles currently affecting [Ba's] removal."  *Id.*

Accordingly, the Court **ORDERS** that Respondents shall provide a status report **by no later than September 1, 2026**, stating whether Ba was removed to Myanmar in August as scheduled, and if not, why, and the anticipated timeline for his removal.

**Respondents are CAUTIONED that the Court will not look favorably on a failure to remove Ba to Myanmar by that time**.

**SO ORDERED.**

SIGNED this 30th day of June, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE